UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CHANGZHOU ALMADEN CO. LTD., a Chinese corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUNERGY CALIFORNIA LLC, a California corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | No. 2:20-cv-02285 WBS AC<br><br><br>ORDER |

----oo0oo----

The court has received defendant's notice of bankruptcy filing.  (Docket No. 12.)  The automatic stay of 11 U.S.C. § 362(a)(1) prohibits the "commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title."  11 U.S.C. § 362(a)(1).  This action

1

constitutes a "judicial, administrative, or other action or proceeding" against the debtor and is subject to an automatic bankruptcy stay.  Any party wishing to proceed with this action must file an appropriate motion to lift the stay.

        IT IS THEREFORE ORDERED that all proceedings in this matter are hereby STAYED.  The hearing on defendant's motion to dismiss, set for March 22, 2021, and the scheduling conference, set for April 26, 2021, are hereby VACATED.  The Clerk of Court is instructed to administratively close this case, to be reopened upon request and application of the parties and order of this court.

Dated:  February 2, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE